IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CLIFFORD J. SCHUETT,**

    **Plaintiff,**

v.                                             Case No. 4:14cv568-MW/CAS

**DIRECTOR, SOCIAL SECURITY ADMINISTRATION,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No.3.  Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED**

1

**without prejudice** pursuant to 28 U.S.C. § 1915(g)."  The Clerk shall close the file.

    **SO ORDERED on December 3, 2014.**

                                       <u>s/Mark E. Walker</u>
                                       **United States District Judge**